| | |
|---|---|
| 1 | Eric E. Lynch (SBN #25049) |
| 2 | Jonathan G. Brinson (SBN #025045) |
| | Michelle M. Buckley (SBN# 030617) |
| 3 | John R. Posthumus (*Pro Hac Vice*) |
| | Polsinelli PC |
| 4 | One East Washington St., Suite 1200 |
| 5 | Phoenix, AZ 85004 |
| | Telephone: (602) 650-2000 |
| 6 | Facsimile: (602) 264-7033 |
| 7 | elynch@polsinelli.com |
| | mmbuckley@polsinelli.com |
| 8 | |
| | Daniel M. Petrocelli (*Pro Hac Vice*) |
| 9 | Jeffrey A. Barker (*Pro Hac Vice*) |
| 10 | O'Melveny & Myers LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 11 | Los Angeles, CA 90067 |
| | Telephone: (310) 553-6700 |
| 12 | Facsimile: (310) 246-6779 |
| 13 | dpetrocelli@omm.com |
| | jbarker@omm.com |
| 14 | |
| 15 | *Attorneys for Plaintiffs Discovery Land Company, LLC and Discovery Design, LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Discovery Land Company, LLC; Discovery Design, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Discovery Global, LLC; Discovery Global Management Services, LLC; Denton House Interiors, Inc.; Areté Collective, LP; AC Management GP, LLC; Rebecca Buchan; Joseph Buchan; Cory Pace; and Does 1-20,<br><br>Defendants. | Case No: CV-20-01940-PHX-MTL<br><br>**DISCOVERY DESIGN, LLC'S CORPORATE DISCLOSURE STATEMENT** |

77058566.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Discovery Design, LLC states that it has four members: (i) Westman Development, LLC; (ii) Discovery Management Company, LLC; (iii) JESA Development, LLC; and (iv) The Divita Family Trust. No publicly held company owns 10% (ten percent) or more of Discovery Design, LLC.

Dated this 5th day of March, 2021.

By: /s/ *Eric E. Lynch*

**POLSINELLI PC**
Eric E. Lynch
Jonathan G. Brinson
Michelle M. Buckley
John R. Posthumus (*Pro Hac Vice*)
One East Washington St., Suite 1200
Phoenix, AZ 85004

**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli (*Pro Hac Vice*)
Jeffrey A. Barker (*Pro Hac Vice*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff Discovery Land Company, LLC and Discovery Design, LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas C. Northup
FENNEMORE CRAIG, P.C.
2394 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
dnorthup@fclaw.com

Stephen Q. Wood
Jeffrey C. Wu
QUINN EMANUEL URQUHART & SULLIVAN, LLP
60 East South Temple Street, Suite 500
Salt Lake City, Utah 84111
stephenwood@quinnemanuel.com
jeffreywu@quinnemanuel.com


By: */s/ A. Renteria*

3
77058566.1