Eric E. Lynch (SBN #25049)
Jonathan G. Brinson (SBN #025045)
Michelle M. Buckley (SBN# 030617)
John R. Posthumus (Pro Hac Vice)
Polsinelli PC
One East Washington St., Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
elynch@polsinelli.com
jbrinson@polsinelli.com
mmbuckley@polsinelli.com
jposthumus@polsinelli.com

Daniel M. Petrocelli (Pro Hac Vice)
Jeffrey A. Barker (Pro Hac Vice)
O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com
jbarker@omm.com

Patricia L. Glaser (Pro Hac Vice)
Geula Jill Basinger (Pro Hac Vice)
David Rutan (Pro Hac Vice)
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920
pglaser@glaserweil.com
jbasinger@glaserweil.com
drutan@glaserweil.com

*Attorneys for Plaintiffs Discovery Land Company, LLC and Discovery Design, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Discovery Land Company, LLC; Discovery Design, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Discovery Global LLC; Discovery Global Management Services, LLC; Denton House Interiors, Inc.; Areté Collective, LP; AC Management GP, LLC; Rebecca Buchan; Joseph Buchan; Cory Pace; and Does 1-20, <br><br> Defendants. | Case No: CV-20-01940-PHX-MTL <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

78481272.1

1  Plaintiffs Discovery Land Company, LLC and Discovery Design, LLC and
2  Defendants Discovery Global, LLC, Discovery Global Management Services, LLC,
3  Denton House Interiors, Inc., Areté Collective, LP, AC Management GP, LLC, Rebecca
4  Buchan, Joseph Buchan and Cory Pace hereby give notice that they have settled all of the
5  causes of action and claims arising between them in the above action and hereby stipulate
6  to dismiss this action with prejudice, with each side to bear its own costs and fees. A
7  proposed form of Order is lodged herewith.

Dated this 14th day of June, 2021.

**POLSINELLI PC**


By:  */s/ Eric E. Lynch*
    Eric E. Lynch
    Jonathan G. Brinson
    Michelle M. Buckley
    John R. Posthumus (Pro Hac Vice)
    One East Washington St., Suite 1200
    Phoenix, AZ 85004

**O'MELVENY & MYERS LLP**
    Daniel M. Petrocelli (Pro Hac Vice)
    Jeffrey A. Barker (Pro Hac Vice)
    1999 Avenue of the Stars, 8th Floor
    Los Angeles, CA 90067

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**
    Patricia L. Glaser (Pro Hac Vice)
    Geula Jill Basinger (Pro Hac Vice)
    David Rutan (Pro Hac Vice)
    10250 Constellation Blvd., 19th Floor
    Los Angeles, CA 90067
*Attorneys for Plaintiffs Discovery Land Company, LLC and Discovery Design, LLC*

2

78481272.1

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: <u>   /s/ Eric E. Lynch (with permission)</u>
    Stephen Q. Wood
    Jeffrey C. Wu
    60 East South Temple Street, Suite 500
    Salt Lake City, Utah 84111

**FENNEMORE CRAIG, P.C.**

   Douglas C. Northup
   2394 E. Camelback Rd., Suite 600
   Phoenix, Arizona 85016

*Attorneys for Defendants*

3

78481272.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021 I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas C. Northup
FENNEMORE CRAIG, P.C.
2394 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
dnorthup@fclaw.com

Stephen Q. Wood
Jeffrey C. Wu
QUINN EMANUEL URQUHART & SULLIVAN, LLP
60 East South Temple Street, Suite 500
Salt Lake City, Utah 84111
stephenwood@quinnemanuel.com
jeffreywu@quinnemanuel.com

By: */s/ L. Yellowhair*

4

78481272.1