# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Discovery Land Company LLC, et al., <br> Plaintiffs, <br> v. <br> Discovery Global LLC, et al., <br> Defendants. | No. CV-20-01940-PHX-MTL <br><br> **ORDER** |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 58), and good cause appearing,

**IT IS ORDERED granting** the Stipulation for Dismissal with Prejudice (Doc. 58) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED denying** Defendants Discovery Global LLC and Discovery Global Management Services, LLC's Motion to Dismiss Amended Verified Complaint for Lack of Personal Jurisdiction (Doc. 43) **as moot**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall close this case.

Dated this 15th day of June, 2021.

Michael T. Liburdi
United States District Judge